(I am indebted to William T. Joynes, Esq., U. S. District Attorney for the Eastern District of Virginia, for documents forwarded to him by the proper authorities giving information as to the transaction upon which the two trials now to be reported, are founded. From these documents I have compiled a brief preliminary narrative.)

On the 4th of February, 1850, the Schooner J. B. Lindsey, Capt. S. S. Riggs. came into the Port of St. Thomas, West Indies, with signals of distress, and on landing, the captain and two men who composed the whole crew, reported that while at sea near Trinidad, the mate, John Heeney and a passenger named John Walker had been murdered by two of the crew named Edward Clements and Thomas Reid, who had afterwards left the schooner in an open boat, and they were supposed to have landed somewhere on the Spanish main.

The American Commercial Agent at St. Thomas, Charles H. Delavan, Esq., took prompt measures for their discovery and arrest. He had hand-bills printed and extensively circulated, in which the men were described, and a reward of two hundred dollars was offered for their apprehension. Mr. Delavan addressed a letter to Louis Baker, Esq., American Consul at Laguayra, Venezuela, inclosing one of the hand-bills, and earnestly asking his attention to the subject.

In a very short time, the following letter was received by the Chief of Police at Laguayra, from the Custom-House officer at Higuirote, a small port on the Atlantic, not far from Laguayra.

12

(TRANSLATION.)

*Republic of Venezuela, Comptroller's Office,*
*Custom-House.*                    HEGUIROTE, Feb'y 11, 1850.

To the Mayor of the County, LaGuira:

I have passed to the Honorable Secretary of State on this day, under the number of 73, a communication where I inform him that a boat had reached this port with two Englishmen, who stated they came from Maracaibo in five days of navigation, and as they have not presented any document that will justify what they say, or the place they started from, and it being very strange that a small boat should have made such a long navigation, as that from Maracaibo to this port, and having stated that their voyage was for LaGuira, this Custom-House has ordered the two Englishmen to pass to the port of LaGuira in the Venezuelian Sloop St. Johns, Capt. Elestino Ganis, and that they be presented to the Mayor, so that they may be examined and that their Consul may make convenient investigation, for no civil authority whatever is in this port now that could do it. The boat, with its appurtenances, remains in this port, which you will dispose of, though said Englishmen have offered it for sale for the sum of 40 dollars.     I remain your obedient servant,

*JUAN JOSE FERRAI.*

When these men arrived in LaGuayra, Consul Baker saw them and comparing them with the description in the hand bill, was convinced they were the same therein mentioned. He immediately wrote to Mr. Delavan, who communicated with Commodore Parker of the U. S. West India Squadron, and the sloop of war Germantown, Commander Charles Lowndes, was sent to LaGuayra. In the mean time, by request of Mr. Baker, the boat with two pistols, a dirk knife, and some other things found in it, was sent from Higuirote to LaGuayra.

On the arrival of the Germantown, Lemuel Franklin and James Jackson, two of her crew, recognized the two men as Edward Clements and Thomas Reid with whom they had served aboard the United States sloop Saratoga, at Norfolk. Judicial examinations were made by the Venezuelian authorities; the Tribunal of Justice took the depositions of witnesses and certified them to the office of the American Consulate. In one of these depo-

sitions, James Jackson testified, " que habiendo ahora dias ido á la carcèl le preguntaron duos individuos que se decia a bordo de ellos; que si sabia lo que les harian ; que el esponente entonces les pregunto si era cierto que habian matado el piloto y el pasajero, y Clements le contesto ; que si no habiera sido por tres botellas di Brandi que tenian abordo no habiera sucedido nada; pero como el piloto le pego con un pasador, lo mato con un cuchillo; que entonces el pasajero corrio à auxiliar al piloto, y como estuviese Reid gobernando el timon lo dego, y corrio sobre el pasajero y lo hecho à el agua ;" que el declarante, " then asked them if they had wounded the Captain, and they replied they did not know he had been wounded ; they had no such intention, as the Captain was a very good man."

On the 10th of April, 1850, by order of the President of the Republic, transmitted through the Governor of the Province, the two men were placed at the disposal of Consul Baker, together with the boat and its accompaniments. The Germantown sailed with them for the United States, and on the 5th of June, 1850, they were brought into Norfolk by the U. S. Steamer Vixen, Lt. Commanding Ward, to whom they had been transferred from the Germantown. After examination they, the two men, were sent to Richmond for trial in the United States Circuit Court.

R. R. H.)

### HON. JAMES D. HALYBURTON, JUDGE.

*In the United States Circuit Court, for the Fourth Circuit, and Eastern District of Virginia.*

United States
*vs.* } Wednesday, November 27 1850.
Thomas Reid and Edward Clements.

For the prosecution, William T. Joynes, District Attorney.

For the prisoner Clements, Wm. P. Byrd, Wm. A. Cocke, Joseph M. Carrington.

The prosecution was under the Act of Congress, 30th April, 1790. Art. 3168. Gordon's Digest 929-930.

" If any person commit upon the high seas, or in any river, haven, basin or bay, out of the Jurisdiction of any particular State, murder or robbery, or any other offence which, if committed within the body of a county, would, by the laws of the Uni-

ted States be punished with death ; or if any Captain or Mariner of any vessel shall piratically and feloniously run away with such vessel, or any goods or merchandise to the value of Fifty Dollars, or yield up such vessel, voluntarily to a pirate ; or if any seaman shall lay violent hands upon his commander, thereby to hinder and prevent his fighting in defence of his ship or goods committed to his trust, or shall make a revolt in the ship, every such offender shall be deemed, taken and adjudged to be a pirate and felon, and being thereof convicted, shall suffer death ; and the trial of crimes committed on the high seas or in any place out of the jurisdiction of any particular State, shall be in the District where the offender is apprehended, or into which he may be brought."

The Indictment contained five counts, charging the prisoners jointly, with the murder of John Heeney, on the 27th of January, 1850 ; the murder was charged as done " piratically, wilfully, feloniously and of their malice aforethought," on the high seas, not within the jurisdiction of any State, or of any of the United States, but within the jurisdiction of this Court.

1.    The first count charged the murder as committed with a pistol, discharged by Reid, Clements present, aiding and abetting.

2.    The second charged the murder as committed with a pistol discharged by Clements, Reid present, aiding and abetting.

3.    The third charged the murder as committed with a dirk, held by Reid, Clements present, aiding and abetting.

4.    The fourth charged the murder as committed with a knife held by Clements, Reid present, aiding and abetting.

5.    The fifth charged the murder as committed by both, with instruments and weapons to the (Grand) Jurors unknown.

The indictment farther said, that the Eastern District, 4th Circuit of Virginia, is the District and Circuit to which the accused were first brought.

The prisoners elected to be separately tried, and the case of Edward Clements being ready, his trial proceeded.

He appeared to be from 25 to 30 years old, had light brown hair, high cheek bones, light grey eyes, and rather well shaped features ; his height was probably 5 feet. 9 inches.

He pleaded "Not Guilty" to the indictment. The arraignment was joint, and each prisoner pleaded the same plea.

*The Court.*—A question may arise as to the mode of obtaining

the Jury; I am of opinion that I might proceed according to the law now in force in this State, but as it has been heretofore held in full Court that a prisoner is entitled to his peremptory challenges, and as I do not wish, sitting alone, to change the rule, I will allow the usual number of peremptory challenges, and then proceed to organize the Jury according to the existing State Law. This course will be most favorable to the accused.

The following were the Jury:

Peter Crew, Robt. P. Richardson, Leonard Slater, W. L. Mc-Minn, J. B. Dupuy, John A. Lancaster, William Bootwright, Jno. D. Shell, Alex. Garrett; Charles Stebbins, Peyton G. Bayley, E. M. Porter.

For the United States:

*Solomon S. Riggs, sworn.*—I was Captain of the Schooner, J. B. Lindsey, during the past winter; the prisoner was on board as a sailor before the mast. On the 27th day of January, Sunday morning, we came out to sea from Port of Spain, Trinidad; we got out between 8 and 9 o'clock in the morning; things went on pretty well during the day; that afternoon a pistol was fired on deck; I was lying in my berth; I was alarmed and went on deck and asked the mate what that pistol was fired for? he said he did not know, he would go forward and see. The mate, John Heeney, then went forward, and after awhile returned and said he would soon give me an account of it. I went to my cabin; in a short time, the mate handed me two pocket pistols; I took them and said, "they are more of men than I took them to be." My watch was out at 8 o'clock; Clements and Castello were in my watch; Reid was in the mate's watch, which was from 8 to 12. Before I left the deck, I said to Clements, " keep a good look out, will you?" He spoke kindly and said, " yes, sir." It was a fine moonlight night; I left the passenger, John Walker, at the wheel; the mate was also on deck; I went to the cabin and turned into my berth. Between 10 and 11 o'clock, I was awakened by a sound—it may have been a pistol shot or a shrill scream. I jumped up, caught in my hands two small pocket pistols and ran upon deck; the cabin had two doors, each opening to the stern; the starboard door was shut; the larboard open; when I got on deck I saw persons on the starboard side, running forward, half bent, between the cabin-house and the side of the

schooner. I found the mate lying by the wheel—a stream of
blood running from his body to the larboard; he was groaning
and crying, "Lord! have mercy on me!" I tried to encourage
him and to get him into the cabin; presently I heard some per-
sons running aft on the larboard and starboard sides of the cabin
house; I don't know who was on the starboard, but the man on
the larboard was Reid; I saw him, and saw the flash of his pis-
tol, as he fired at me; I felt myself hurt and staggered back, and
fired my left hand pistol, but missed him; I got into the cabin
and sought to close the door; the cook was with me; I found
my shirt bosom was all bloody; immediately afterwards three
heavy blows were struck on the starboard door and a voice, which
I took to be Clements' cried, "Cook! come out and be mur-
dered!" I think this was only to draw my attention, for instantly
Reid again fired at me through the open door; I returned his
fire, and when the smoke cleared I saw him lying on the deck; I
think my ball struck him somewhere between the mouth and the
eyes. I said to the cook, "I have got one down," and I think
I said, "now don't you look pretty, you old pirate," or some-
thing like that; I told the cook to look for my powder; I thought
it was in my chest, which was opened, but presently I found it
in my pocket and loaded both my pistols; in the mean time, the
man lying on deck got up and went away; the cook took the
two little pistols that had been handed to me by the mate, and
loaded them. I put some brown paper on my throat and breast
and drank vinegar during the night; I bethought me of a small
after-cabin, behind and lower than the chief cabin; I said to the
cook we would get in there and defend ourselves; I slipped
aside the slide; we got in and left the slide open one or two
inches. We staid there until after day. Some one came on the
top of the cabin house; I went into the cabin and tried to shoot
him through the stove-pipe hole, but I could not get a chance,
and could not see who it was. The cook and I remained in the
cabin, and after cabin, during Monday. In the afternoon I saw
Clements in the forecastle; I could see through the *run*, under
the cabin deck, and a plank was off the bulk head of the fore-
castle; about dusk, the cook was in the after cabin; he cried
out, "Captain! they are coming aft;" I heard one of his pistols
snap and then he fired another, we heard a noise in the hold;

after awhile the cook came out and loaded his pistol and we kept guard over the open (larboard) door. The next morning, (Tuesday,) at about day-break, we saw some birds, " large land birds," sitting on the taffrail; thinking from this that no body could be near, the cook stepped out and shut the door, and we secured it with a laniard. After this, we heard a pistol fired in the hold, the ball from which, as I afterwards found, struck the forward bulk head of the cabin. About 9 o'clock, I looked through a crack in the forward folding door of the cabin, and saw Clements walking up and down from the mainmast forward with a horse pistol in each hand. He was too far for me to shoot him. I did not then see Reid, but after awhile I saw him on deck, with his face tied up in a handkerchief and a pistol in each hand. Presently I heard Clements cry out to me, " Give us the boat, if you don't give us the boat we will scuttle the vessel." I made no reply that I remember. In a short time the man, Castello, came aft with a cutlass in his hand to the starboard cabin door, and said something; I did not hear what he said, I was so eager to shoot him; I raised up the binnacle door and levelled my pistol at him, close at his head; *the pistol snapped!* Castello left and went forward. The boat was hanging astern at the davits; Clements cried out, " what do you say, can we have the boat?" I said, " take the boat if you will go off and leave us alone." He asked, " wont you shoot us?" I said, " no, I will not shoot you:" but nevertheless, I intended to shoot them through the binnacle holes when they came aft; I thought, under the circumstances, I was justifiable in doing this. As they came aft, I saw Reid with his face tied up and a pistol in each hand. Clements and Castello had no arms that I saw. One whom I did not see, shut the binnacle slides with the muzzle of a pistol, so I could not see them; I heard the boat fall into the water; they carried her forward. Through the crack in the forward cabin-door, I saw them take two coffee pots, a tea kettle and a pan from the *gally,* and I saw them cut the foot rope of the square sail yard. I sat on my chest feeling very sad. I suspected that they would scuttle the vessel. I heard two blows struck and thought they were scuttling her. I said to the cook, that if they scuttled her, we would rush on deck and kill or be killed—that was our only hope. After this, all was quiet for a time; I heard

some one running aft; it was Castello; he seemed frightened; he said, " Captain, the boat is astern !" He pulled at the door, I said, " if you pull open that door, I will kill you, if my pistol will fire." He pushed aside one of the binnacle slides and said, " Captain, the boat is astern, if you don't believe me, look out !" I ordered him forward ; he obeyed and then I opened the door and saw the boat about three hundred yards astern with Clements and Reid in it. I came out and as Castello approached me, I presented both my pistols at him, and said, " your life is in my hands." He said, " Captain, I am innocent of this killing;" (Stopped by prisoner's counsel.) I asked if he had any arms. He said he had one pistol, which he gave to the cook, who fired it off to leeward. The boat seemed to be pursuing us ; we got up part of the mainsail and got under way; the last I saw of them and the boat, they were bearing off easterly. Our schooner was of 119 tons, and with only two men, and myself disabled, we had much difficulty, but we got safely into St. Thomas.

*By Joynes.*—Reid, the mate and the passenger, were on deck when I went below Sunday night; I saw Walker at the wheel at 8 o'clock that night, and have never seen him since. I saw Clements in the forecastle Monday. The *cabin-house* is above the deck, and from its forward door you could see the whole deck forward. A pistol was fired Tuesday morning Clements was walking backwards and forwards from the mainmast; he had two horse pistols, (here two were produced,) these are like them. The binnacle for the compass, is abaft the cabin and has lights, so that when the hanging door inside is open, the cabin is lighted from the binnacle. The aft larboard door had been hooked back, and remained open until Tuesday morning ; before it was closed, we had seen large birds sitting round on the taffrail, probably drawn by the body of the mate which was becoming offensive. After the boat was nearly out of sight, I had the body moved ; it looked badly and was very offensive ; I did not examine the wounds; I felt badly ; it is probable the rudder ropes had chafed the legs, they had black marks upon them. I told Castello to sew him up in a hammock and put a bag of sand to his head and feet. I read a prayer over him and told them to commit him to the deep ! I turned my back and did not see them. I never saw Castello during the affair, until Tuesday morning :

There were but two men in the boat, they were Clements and Reid. I got on deck about 10, and at 12 o'clock got an observation of the sun; I think my latitude was 13° 32'. When I left the deck Sunday night, we were under mainsail, foresail, jib and flying jib; when I came up, the fore sail was hanging, torn to pieces; I suppose the peak lashing gave way, and the throat lashing held on, and so the gaff dropping, the sail swayed from side to side and was torn. The J. B. Lindsey hails from Norfolk, and is owned by Daniel E. Simonds of Norfolk, Wm. W. Simonds of Elizabeth City, and Wallace Bray of North Carolina.

*Cross-examined by Byrd.*—There were *seven* persons on board at 8 o'clock Sunday night, Heeney, Walker, Reid, Clements, Castello, Smith the cook and myself. When I was aroused and came on deck, I do not know how many persons were running forward on the starboard; I did not see Castello; the cook was in the cabin; I was in such circumstances of excitement, that I could not tell how many persons were on the starboard.

*Cross-examined by George Blow.*—(Mr. Blow had been counsel in Norfolk and attended during part of the trial, but did not stay to argue the case before the Jury.) I shipped Reid and Clements at Elizabeth City; I had found Castello aboard the J. B. Lindsey when I took her; she had just returned from Boston. Reid and Clements acted well in the cruize to Trinidad; I liked them and spoke highly of them. At Trinidad they went ashore and two black men came along side and said these men had sent them to work in their places. The day we sailed, a white boy about 18 years old, was brought aboard without my knowledge; I thought it wrong and had him sent off. Clements after that offered to pay his passage; he said he was an acquaintance of his, and he wanted him to go to the United States; Clements and Reid went ashore with this boy. We ballasted the 26th; I thought they looked and acted "a little suspicious" then; when the mate handed me the two pistols, Sunday afternoon, and I said "they were more of men than I thought," I little thought they had a chest almost full of arms; I don't say a chest full, but I think five pistols are *part* of a chest full at least; when I ran out, I was in my drawers, bare headed and bare footed, with a pistol in each hand; I was alarmed because of the noise, and

13

because I heard a man crying, " Lord ! have mercy on me." I
can't tell any thing of the distance between the wheel and the
house ; the cabin floor was three steps under deck, and the top ,
was high enough for a man to stand upright with his hat on ;
the larboard door was fastened back by two nails, one in the
door and the other in the house. No, sir, I did *not* fire my pis-
tol first at the man, at the corner of the house ; *he* fired first ; I
fell back upon the wheel : I did *not* strike my throat on the nail
in the door ; I do not know that the surgeon of the Germantown
ever examined me ; when the pistol was fired, I did not think I
was shot by the ball ; I thought it probable 'twas the powder ; I
have never felt the ball, but it may have clipped my neck. At
10 o'clock I suppose Reid ought to have been at the wheel ;
with the sail that I left on the schooner if the wheel had been
left, she would probably have run up into the wind's eye and
*shaken ;* I did not hear any thing of this sort while in my berth.
When Castello came to the door with the cutlass in his hand, I
did not trust him. We found a mashed ball in the cabin, which
had passed through the lid of my chest ; I have no doubt this
was the *second* ball of the two that Reid fired at me.

*Re-examined by Joynes.*—I did not find any more pistols, but
saw balls which were brought to me from the forecastle—they
were large—the *mashed ball* we found, had too much lead in it to
have been a pocket-pistol ball. After I had shot Reid and he
fell, Clements cried out, " Give us the boat." I told him he
should not have her, I wanted to shoot another of them. I felt
encouraged having Reid down. I bought these pistols in Trini-
dad ; I felt suspicious after the lad was found aboard, and I heard—
(stopped.) I bought them because I felt suspicious. At Eliza-
beth City, Clements and Reid came aboard together, and Clem-
ents asked if I could give them a berth ; I told them I could give
one ; he said one could not go without the other, so, as another
man, whom I had expected had not come, I shipped them both.
The mate, when I found him wounded, made no statements as
to who did it. The J. B. Lindsey sailed under the " stars and
stripes." We went into St. Thomas with colors at half mast and
Union down. Many persons boarded us, the American Consul
among them.

## THURSDAY, NOVEMBER 28, 1850.

*Thomas Castello, sworn.*—I was aboard the J. B. Lindsey. We sailed on the 27th of January, which was Sunday, from Five Islands, Port of Spain. In the afternoon, between 2 and 4 o'clock, while I was at the wheel a pistol was fired, forward. Captain Riggs was lying down in his berth; he came on deck and said something to the mate; the mate went forward; I looked forward and saw Clements with a small pistol in his hand, and one of his fingers was bleeding. In a short time Clements came up and gave the mate two small pocket pistols, and said, "I am very much obliged to you." Nothing else occurred 'till about 8; Clements was at the wheel from 6 to 8. At 8 the passenger John Walker took the wheel. I went forward and Reid and Clements stood just about amidships; they had a bottle and very politely asked me to take something to drink; I took the bottle but did not drink any thing. I went to the forecastle and turned in to sleep. Some time during the night I was awakened, I suppose, by the noise of pistols; I can't say what time of night it was. I got out of my berth and was going on deck, but found the forecastle doors shut: in this hot climate I generally slept with them open. I made some noise and tried to open them, but found them fastened. Presently Clements came to the forecastle with a pistol in his hand and said, if I would stay below and make no noise, I would not be hurt. I did not then see Reid, but he came afterwards and told me to keep up a good heart, I should not be hurt; Clements came and talked the same way, and they kept running, first one and then the other to the forecastle to see if I was there. I tried to get out by knocking a plank off the bulk head of the forecastle, which had been started at sea, but finding I could not pass, I lay down in my berth and took it coolly. Soon afterwards, Reid came into the forecastle and said, "My God! I am shot;" Clements came directly afterwards, and stood on the steps; Reid said, "go on deck and avenge my death, shoot somebody!" then he said, "my pistol ball, which I fired at the Captain was enough to knock down a horse, and yet his ball knocked me down." After awhile he said he did not believe he was as much hurt as he thought he

was, and he got up, tied a handkerchief round his face and went on deck. I then asked Clements what *this row* had all been about; he told me, after I came into the forecastle, Capt. Riggs came on deck and told him to sway up the sails; he said he would do it about 12 o'clock; then Captain Riggs told the mate to knock him in the head with a handspike. Clements then asked me what I was willing to do; before I could answer, Reid called Clements on deck—nothing farther occurred until Monday morning; I continued in the forecastle until about 8½ or 9 o'clock, they told me I could come on deck. When I came up I saw the passenger, John Walker, lying in a pool of blood between the mainmast and the galley; I judged he was dead; Clements and Reid both had arms; each had a large pistol and a cutlass was lying near, a small pistol was on one of them; Clements and I had quite a long conversation; I asked him who killed the passenger; he said—(here *Byrd* objected: we are not now on the alleged murder of Walker but of Heeney. *The Court* said it was admissible evidence as part of the *res gestœ* and as illustrating the motive)—that Reid stabbed the passenger and that he came very near getting Reid overboard and would have, but for his assistance. I asked him where was the mate; he said he was abaft the house, dead! I asked who killed him; he said, "Reid stabbed him and I fired a pistol at him." Clements then told me that if I tried to go aft, Captain Riggs would shoot me as quick as he would them. He then said, that they wanted me to have nothing to do with the killing until they had killed the Captain, then I was to kill Smith the cook. He asked me if I was willing to join them and not try to go aft. To save my own life, I told them that I would; our conversation stopped there; nothing remarkable occurred 'till about 1 o'clock, when Clements asked me to help to bring the passenger forward; I went and helped; he was *dead;* Clements cut both the pockets of his trowsers out; there was nothing in them but a piece of tobacco and a knife; Clements asked me to help to put him on the rail; I helped, and when the body was on the rail, he took him by both feet and flung him overboard. In the afternoon they asked me what I thought they had best do; I told them I thought the best thing they could do would be to take the boat and leave the vessel; Clements was the man who talked most, Reid has very

little to say at any time; towards dark Clements told me he wanted me to go down and get the boat sails out of the hold; we went down into the hold; a pistol was fired from aft; I was about abreast of the mainmast. We came on deck again. Afterwards Reid went down into the forecastle; Clements took a seat not far from me and said he was going to sleep; he handed me a large pistol; I sat on the end of the windlass about an hour; I judged Clements was asleep; Reid was in the forecastle; I put the muzzle of the pistol within a few inches of Clements' head and pulled the trigger; *the cap exploded, but the pistol did not fire!* Clements jumped up and asked me what I snapped at; I told him I thought I saw somebody aft. As soon as the cap went off, Reid came on deck; Clements took the pistol and went into the forecastle; I don't know what he did; when he came up he and Reid sat down together and told me to go to sleep, *but I did not!* Nothing more occurred until Tuesday morning. We heard a noise in the cabin as if Capt. Riggs was nailing something; Clements said he would go ask him for the boat; he went down into the forecastle and called to the Captain, but *we* did not hear any answer that we could understand, and Clements could not understand, either. He came on deck, gave me a cutlass (the same I had seen before) and told me to go aft and ask the Captain for the boat. I went aft and asked Capt. Riggs to let me come into the cabin; he made no answer; I suppose he could have shot me, as my head was where he might have blown it all to pieces. I heard no pistol snapped. I went aft and told them the Captain said they might have the boat. Clements and I went down into the hold and brought up the boat-sail and rigging. He then took the fore peak halliards and made them fast to the painter of the boat, which was hanging at the davits; he came forward and we then all went aft and Reid got up on the house and shoved too the binnacle slides; Clements and I cut the boat adrift; I used a small pocket-knife which I had; while we were there, Clements picked up from the larboard side of the deck a knife all covered with blood and handed it to Reid who took it; no remark was made about it; yes, sir, it was like this one, I think it was the same, (the knife shewn in Court was a dangerous weapon, with a dirk blade about 6 inches long, fixed in the handle.) As soon as we cut the boat

adrift we went aft and hauled her forward ; the boat was on the starboard side ; the schooner would come up to the wind and touch and fall off again ; she was, in a manner, hove too.  Reid went below and handed up his and Clements' clothes, mine were not touched.  Clements and I rolled the water-cask forward ; they sent me into the galley to bring out coffee pots, a tea kettle and any victuals that might be there ; I went to the galley and brought out two coffee pots, a tea kettle, a pan with hardly enough of provisions for one man for a day.  They filled the coffee pots and kettle with water ; Clements went down into the forecastle, and while he was there I heard a pistol fired, I suppose, by him.  He soon came out ; he said " we will commence scuttling the vessel, that will entice the Captain out and we will shoot him ;" I did not believe he would do it ; he was all *talk and gas.*  Previous to this I had taken the axe and hidden it behind the water-cask.  Reid went into the boat, Clements and I passed in their clothes and all the other things.  Clements stood behind me with a pistol in each hand ; I got over the rail ; Clements passed into the boat so far that he could not get back ; I *jumped back in board, seized the axe and struck at the painter,* (boat-rope,) the first blow I missed it—the second I cut it in two !  I then fell down flat on the deck, so that if they fired, they might not shoot me because of the bulwarks.  They had asked me if I wanted my clothes.  After lying awhile I rose and saw the boat astern ; I went down into the hold and sung out to the Captain that I had cut the boat adrift, and she was astern.  I heard no answer ; I then went aft, turned aside the body of the mate, eased off the main sheet and put the wheel amidships ; then went to the cabin and said to Capt. Riggs that the boat was astern ; the Captain came with a pistol and told me to go forward or he would shoot me ; I went forward, eased off the jib-sheets—hauled them aft and hoisted all I could of the foresail. I went walked aft ; Capt. Riggs and Smith were on deck, each with a brace of pistols ; the Captain said, " I have a great mind to shoot you ;" I told him I had nothing to do with the row and stated to him what I have stated here to you.  He asked if I had arms ; I gave him a small pistol which Reid had given to me ; the cook fired it off.  Some time afterwards, the Captain told me to take the body of the mate forward and sew it up in a ham-

mock; one arm was in the sleeve of a large over coat—the other sleeve was off; the coat was bloody and smelled badly; I took it off and hove it overboard. The mate's body was so offensive that I could not examine it, but I saw clotted blood on the left breast and right side; it was swelled so much that I could not make a large navy hammock meet around it. The task made me so sick that I vomited. The sides of the vessel were covered with large birds, called "boobies" in the West Indies; I did the best I could; I put a bag of sand at the head and one at the feet; the Captain read a prayer and Smith and I committed the body to the deep.

*By Joynes.*—I next saw these men, Clements and Reid, in the City Hall, Norfolk. I never saw them have arms before, except a small pistol; it is very common, however, for seamen to have a small knife, a dirk knife and a small pistol. The white boy, Capt. Riggs has spoken of, was at the Crown and Anchor, Port of Spain, Trinidad. Reid and Clements staid there; the mate and I sometimes went there; the boy had sometimes shewn us round; he said he wanted to go to the United States; mate told him perhaps if he asked, the Captain would let him go. Reid and Clements came off Thursday night with this boy. I did not tell the Captain, because I know that most rows and bad blood aboard ship are caused by tales carried backwards and forwards between the forecastle and the cabin. The mate asked me if the boy was aboard; I told him to go and see. A black boy brought them off; I did not see any clothes. At Trinidad, Reid and Clements were a good deal ashore, and they had two negro men to work in their places. The J. B. Lindsey's house was about 4½ feet high; standing abaft I can see over the house; it may be three feet or more from the house to the wheel. I don't know who was at the wheel from 8 to 12, but I know Walker was there at 8; if nothing had occurred, my watch would have been from 12 'till 4, and the Captain and Clements would have been with me; I was in the forecastle from 5 to 6 minutes after 8 until Monday morning; I am sure I did not go out; when my pistol missed fire Monday night, if it had gone off it would certainly have blown Clements' brains out. It was within a few inches of his head.

*Cross-examined by Byrd*——It was Clements who said they would

scuttle the vessel and draw the Captain out to shoot him. I had no right to believe or disbelieve whether they would scuttle her or not. I hid the axe with a view to cut the painter and cast them adrift; when the Captain came on deck, I think the boat was so far astern, that a pistol shot would have done no harm. They may have gotten ashore sooner than we; we made almost as much leeway as progress. The mate and Clements were not on very good terms; the mate told me he did not like Clements because he had too much talk; he was generally called "gassy Clements."

*Capt. S. S. Riggs, recalled by Joynes.*—Aboard the J. B. Lindsey, I had a little less than $500, in dollars, and a Colonial bank bill for $1154. This was known to the crew; I had cut off a third of the bill and sent it to the United States by the schooner May Flower; the crew did not know this.

*Daniel J. Smith, sworn.*—I was aboard the J. B. Lindsey the 27th of January, Sunday. I turned into my berth in the cabin at about 8 o'clock; the first thing I heard was, I suppose, a shriek from the mate; the Captain ran on deck with his pistols; as he went up I heard a pistol fire; a short time afterwards I heard another, and the Captain came running back and said he was wounded; he said to me, "I wish you would get my powder; I went to look in the chest for it; in a short time I heard a voice which I took to be Clements' and several knocks at the starboard door; nearly at the same time I heard two reports of pistols; the Captain fired one and I suppose shot Reid; I saw a man lying on deck whom I took to be Reid. After this, not much happened that I saw, until Tuesday morning when Clements called out to the Captain to let them have the boat, and Tom Castello came aft with a cutlass in his hand; and not long afterwards he called to us that they were astern, and we went on deck and saw the boat with Clements and Reid in it.

*By Joynes.*—On Monday night, I think, I fired at somebody about the mainmast in the hold; my first pistol snapped, the second went off; this was the only pistol I fired until we came up; there was, I think, a pistol fired in the hold Tuesday. I understood Clements to say to me, "cook, come out and be murdered;" the door on the larboard side remained open until Tuesday morning, when I shut it, and the Captain and I made it fast with

a laniard; the binnacle slides were open, but we saw them closed Tuesday morning. When we came up, I saw the mate's body; I did not examine it at all. I always slept in the cabin. In Trinidad, I saw two small pistols in Clements' possession, which he offered to sell to the mate. I have seen such a knife as this, (shewn to him); it was lying on the deck with a couple of small pistols, while we were in Trinidad; no body had them. At Trinidad, I heard Clements say, "what did the Captain say about my sending off men to work." I said, nothing. He said he had better not say any thing, or he would wring his neck or his nose. In Trinidad, I heard Clements say something to Castello about the freight, and heard something said about the money for the freight.

*Cross-examined by Byrd.*—I think the Captain fired two or three times; I can't say whether he fired as he ran on deck. I *was* a good deal frightened; I crept into the after cabin with the Captain; when we came up, the boat was about a hundred yards astern; the boy who came aboard talked pretty good English.

*Castello, recalled.*—The boy was Irish; I saw no private conversation between Clements and Reid and this boy; I thought it was only for fun they had him aboard; he was about 18 or 19 years old. I don't know that he was a sailor; he attended at the bar of the Crown and Anchor.

The evidence for the prosecution closed.

For the defence, Thomas Reid was offered as a witness for the accused, who was jointly indicted with him.

*Joynes.*—He is incompetent.

*Carrington.*—To sustain Reid's competency, cited Roscoe's Crim. Ev. 141. Starkie on Ev. ii. 16, 17. Hawkins P. C. iv.

*Joynes.*—The cases relied on are either where the accomplice was a witness *against* the accused, or where the parties were *separately* indicted; I think no case can be found where the parties are *jointly* indicted, in which one (unless he has been *acquitted*) is competent for the other.—II. Va. Cases 344, Campbell *v.* Comm'th. I. Hale's P. C. 903. Comm'th *v.* Marsh 10. Pickering 57.

*Byrd* replied, citing 2 Leigh, Brown *v.* Comm'th. Russell on Crimes 597. Starkie ii. 21.

*The Court.*—If this were a new question, I should be inclined

14

to admit the evidence. I confess I do not see much distinction *in principle*, between cases of *several* indictments for the same offence and *joint* indictments. But the decisions are express that in the latter case the alleged accomplice is not competent for the defence unless he has been acquitted. I must exclude Reid's testimony.

The evidence closed.

*Joynes* for the United States.—Roscoe 580. Where a homicide is proved to have been committed, the law presumes it to be murder, and it devolves upon the accused, from the evidence adduced either for or against him, to show that it is either manslaughter or justifiable or excusable homicide. He argued that the facts of this tragedy proved a combination between Reid and Clements, and that even though Clements had not struck a blow or raised a hand to fire a pistol, yet if he was present, ready to help, aiding and abetting, he was guilty of murder.

*William A. Cocke*, for the defence.—The accused is not guilty of *piracy* according to its legal meaning, Act of Cong. 1790, and according to the definition of piracy under the law of nations and the civil law—Story on Constit. 405. He cannot be convicted of " making a revolt," because he is not so indicted. The Act of Congress makes murder on the high seas piracy, but the evidence does not make out a case of murder, it is manslaughter only, at most, and that is a separate statutory offence, by Act of Congress, see 3178, Gordon's Dig. 933. Not being indicted for manslaughter, he cannot be convicted at all.

*J. M. Carrington*, for the defence.—Addressed the Jury for an hour, commenting upon the law and the evidence.

*Byrd.*—Assailed the testimony of the Captain and Castello; and argued that if the Jury believed a part of Clements' statement, they ought to believe it all, and if they believed that the mate struck him with a handspike—there was ample provocation to make the killing manslaughter. He spoke two hours, not concluding until

### FRIDAY, NOVEMBER 29TH, 1851.

*Joynes* closed for the prosecution. He argued that there was nothing to prove that the mate struck the accused before the fatal blow was given; he vindicated the Captain and Castello, and

ended by an earnest appeal to the Jury, fair alike to the accused and the United States.

The Jury retired at about ten minutes past one, and in a quarter of an hour returned with a verdict of " Guilty."

---

# TRIAL OF THOMAS REID.

---

(Instead of repeating the evidence of Capt. S. S. Riggs, Thomas Castello and Daniel J. Smith, I have in this report, given only such of their statements as were additions to, or explanations of, their former testimony. I made full notes of their evidence in both trials, and the general consistency of their first and second statements is so entire, that I have deemed a second report in full, to be unnecessary.                              R. R. H.)

HON. JAMES D. HALYBURTON, JUDGE.

*In the U. S. Circuit Court, for the 4th Circuit and Eastern District of Virginia.*